# United States Court of Appeals
## For the First Circuit

Nos. 24-1795
     24-1987

UNITED STATES,

Appellee,

v.

DAVID NÚÑEZ PÉREZ,

Defendant - Appellant.

**APPELLEE'S BRIEFING NOTICE**

Issued: April 29, 2025

Appellee's brief must be filed by **May 29, 2025**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **July/August, 2025** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a timely brief in compliance with the federal and local rules could result in the appellee not being heard at oral argument. See 1st Cir. R. 45.0.**

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gloria - (617) 748-4214


cc:
Mariana E. Bauzá Almonte
Rachel Brill
Camille Garcia-Jimenez
Jesus Abel Hernandez-Garcia
Kevin Lerman
Jorge Luis Matos Ortiz
Antonio L. Pérez-Alonso
Franco L. Pérez-Redondo
José A. Ruiz-Santiago
Luis Angel Valentin